## ZEENA LOBO *v.* VINCENT D'SOUZA
## (AC 16436)

O'Connell, C. J., and Spear and Hennessy, Js.

Submitted on briefs September 26—officially released October 28, 1997

Per Curiam. The judgment is affirmed.

## ELIZABETH C. DOLGNER *v.* JON M. ALANDER, COMMISSIONER OF HUMAN RESOURCES
## (AC 16595)

Foti, Lavery and Landau, Js.

Submitted on briefs September 26—officially released October 28, 1997

Per Curiam. The judgment is affirmed.

## AMICA MUTUAL INSURANCE COMPANY *v.* NATIONWIDE MUTUAL INSURANCE COMPANY
## (AC 16360)

Foti, Lavery and Landau, Js.

Submitted on briefs September 26—officially released October 28, 1997

Per Curiam. The judgment is affirmed.